**Electronically Filed
Supreme Court
SCWC-29286
04-OCT-2011
11:09 AM**

SCWC-29286

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

ANGIE DELIGHT CARR,
Petitioner/Defendant-Appellant,

vs.

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CR. NO. 07-1-0549(1))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, Duffy and McKenna, JJ.)

The Application for Writ of Certiorari filed on August 25, 2011 by Angie Delight Carr, Petitioner/Defendant-Appellant, is hereby rejected.

DATED: Honolulu, Hawai'i, October 4, 2011.

Christopher R. Evans on the application for petitioner/defendant-appellant.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ James E. Duffy, Jr.

/s/ Sabrina S. McKenna

